LYNN WHITAKER, *Respondent*, v. BASIN PRODUCE CO., INC., *Appellant*.

Appeal from a judgment of the Superior Court for Grant

County, No. 20126, Felix Rea, J., entered May 14, 1971. *Affirmed* by unpublished per curiam opinion.